UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

John Hendricks,

      Plaintiff,

vs.                                                    ORDER

Michael J. Astrue,

      Defendant.                              Civ. No. 11-1627 (JNE/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

      1.     Plaintiff's Motion for Summary Judgment [Docket No. 10] is GRANTED;

      2.     Defendant's Motion for Summary Judgment [Docket No. 15] is DENIED;

      3.     The case is remanded for further proceedings consistent with the Report and Recommendation, pursuant to Sentence Four of 42 U.S.C. § 405(g).

      4.     Judgment is entered accordingly.

                                                                                   BY THE COURT:

DATED: 8-2-2012                                              s/ Joan N. Ericksen
                                                                            Judge Joan N. Ericksen
                                                                            United States District Court